**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00870-CV

**BLACKSTONE MEDICAL, INC. D/B/A ORTHOFIX SPINAL IMPLANTS, Appellant**

**V.**

**PHOENIX SURGICALS, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-00902-D**

## ORDER

We **GRANT** appellant's February 21, 2014 unopposed motion for an extension of time to file its reply/cross-appellee's brief. Appellant shall file its reply/cross-appellee's brief on or before March 14, 2014.

/s/    ADA BROWN
        JUSTICE